IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| BRENT EDWARD COX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:19-CV-00165-TAV-DCP |
| | ) |
| GERALDO ORTA, Individually, and in his official capacity as a Knoxville Police Department Officer, CITY OF KNOXVILLE, KNOX COUNTY, and JOHN DOES, in their official capacity, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE OF INITIAL DISCLOSURES

Comes now the defendant, Geraldo Orta, in his individual capacity (hereinafter referred to as defendant Orta), by and through counsel, and pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedures, gives notice that he has served his *Initial Disclosures* on Plaintiff and other defendants on this date.

Respectfully submitted this 2nd day of March, 2020.

s/Gary M. Prince
Gary M. Prince, BPR# 010091
N. Craig Strand, BPR # 028381
Attorney for Geraldo Orta, Individually
O'Neil Parker & Williamson, PLLC
7610 Gleason Dr., Ste. 200
Knoxville, TN 37919
(865) 546-7190

## **CERTIFICATE OF SERVICE**

      I do hereby certify that on March 2, 2020, an exact copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

      /s Gary M. Prince
      for O'Neil, Parker & Williamson