# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **BRENT EDWARD COX,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:19-cv-00165 |
| ) | VARLAN/POPLIN |
| **GERALDO ORTA, Individually, and in his** ) | |
| **official capacity as a Knoxville Police** ) | |
| **Department officer, CITY OF KNOXVILLE,** ) | |
| **KNOX COUNTY, and JOHN DOES, in their** ) | |
| **official capacity,** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE OF INITIAL DISCLOSURES

Comes now Defendant City of Knoxville, by and through counsel, and hereby gives notice that its FED. R. CIV. P. 26(a)(1) disclosures were served by U.S. Mail, postage prepaid, electronic mail and/or by hand delivery on Plaintiff's attorney, Nathaniel H. Evans, EVANS LAW FIRM, 625 Market Street, Suite 400, Knoxville, TN 37902, and a true and correct copy was similarly served upon Gary M. Prince and N. Craig Strand, O'NEIL, PARKER & WILLIAMSON, PLLC, 7610 Gleason Drive, Suite 200, Knoxville, TN 37919 on this 2nd day of March, 2020.

s/ Ronald E. Mills, BPR # 013348
Deputy Law Director
City of Knoxville
400 Main Avenue, Suite 699
Knoxville, TN 37902
(865) 215-2050
*Attorney for Defendant City of Knoxville*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of March, 2020 a copy of the foregoing Notice of Service of Initial Disclosures was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

s/ Ronald E. Mills

F:\LITIGATI\CIVILRT\Cox, Brent Edward\Notice of Service of Initial Disclosures.doc